# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 25, 2025

Mr. Cornell Eugene Brown Jr.
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI 49660

Re: Case No. 25-1576, *Cornell Brown, Jr. v. MDOC, et al*
Originating Case No. 2:25-cv-11441

Dear Mr. Brown,

This appeal has been docketed as case number **25-1576** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

This court must determine the appellate fee status of each new appeal. The district court's grant of pauper status at the beginning of the case does not automatically carry over to the appeal. A new determination is necessary.

The district court has certified that an appeal would not be taken in good faith and/or denied you leave to proceed on appeal *in forma pauperis*. As the appellant, you are responsible for paying the $605.00 filing fee for this appeal. If you cannot pay the fee in one lump sum, you may file a motion for pauper status. You have until **July 25, 2025** to either pay the $605.00 appellate filing fee to the U.S. District Court, or complete and return the enclosed motion for leave to proceed on appeal *in forma pauperis*, along with a financial affidavit and six-month prison trust account statement with the United States Court of Appeals for the Sixth Circuit. **Failure to do one or the other may result in the dismissal of the appeal without further notice**.

At this stage of the appeal, appellee should complete and file the following forms with the Clerk's office by **July 25, 2025**. More specific instructions are printed on each form.

Appellee: Appearance of Counsel
Application for Admission to 6th Circuit Bar (if applicable)

Appellee counsel will docket pleadings as an ECF filer.  Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If counsel has not established a PACER account and registered with this court as an ECF filer, you should do so immediately.

The Clerk's office cannot give pro se litigants legal advice but questions about the forms or electronic case filing may be directed to the case manager.

Sincerely,

s/Michelle R. Lambert
Case Manager
Direct Dial No. 513-564-7035


Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 25-1576

CORNELL EUGENE BROWN, JR.

    Plaintiff - Appellant

v.

MICHIGAN DEPARTMENT OF CORRECTIONS; CORRECTION OFFICER GLENN, MDOC; STATE OF MICHIGAN; JOHN DOES, Unknown Correctional Officers

    Defendants - Appellees