UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

May 8, 2026
KELLY L. STEPHENS, Clerk

No. 25-1576

CORNELL EUGENE BROWN, JR.,

     Plaintiff-Appellant,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS, et al.,

     Defendants-Appellees.

Before: SILER, STRANCH, and MATHIS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED in part, VACATED in part, and the case is REMANDED.

**ENTERED BY ORDER OF THE COURT**

_Kelly L. Stephens_
Kelly L. Stephens, Clerk