**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 01, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

> Re:    Case No. 25-1576, *Cornell Brown, Jr. v. MDOC, et al*
> Originating Case No. 2:25-cv-11441

Dear Ms. Essix,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Michelle

cc: Mr. Samuel Weiss

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 25-1576

_____

Filed: June 01, 2026

CORNELL EUGENE BROWN, JR.

      Plaintiff - Appellant

v.

MICHIGAN DEPARTMENT OF CORRECTIONS; CORRECTION OFFICER GLENN, MDOC; STATE OF MICHIGAN; JOHN DOES, Unknown Correctional Officers

      Defendants - Appellees

MANDATE

   Pursuant to the court's disposition that was filed 05/08/2026 the mandate for this case hereby

issues today.

 COSTS:  None