Case No. 25-1576

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

CORNELL EUGENE BROWN, JR.

Plaintiff - Appellant

v.

MICHIGAN DEPARTMENT OF CORRECTIONS; CORRECTION OFFICER GLENN, MDOC; STATE OF MICHIGAN; JOHN DOES, Unknown Correctional Officers

Defendants - Appellees

Upon sua sponte consideration, it is **ORDERED** that the mandate in this appeal is hereby RECALLED for the issuance of a correction to the court's order of May 8, 2026.

**ENTERED PURSUANT TO RULE 45(a),**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: August 17, 2026