**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 17, 2026

Mr. Samuel Weiss
Rights Behind Bars
1800 M. Street, N.W.
Front 1 Suite 33821
Washington, DC 20033

Re: Case No. 25-1576
*Cornell Brown, Jr. v. MDOC, et al*
Originating Case No. 2:25-cv-11441

Dear Counsel,

The court corrected a citation in the order that was filed in this case on May 8, 2026.

The citation appears in the jump paragraph on page 5, "*Knox County v. M.Q.*, 62 F.4th 978, 1000 (6th Cir. 2023), *overruled on other grounds by A.J.T. ex rel. A.T. v. Osseo Area Schs.*, 605 U.S. 335 (2025)."

The court has deleted the text in yellow so that the citation now reads, "*Knox County v. M.Q.*, 62 F.4th 978, 1000 (6th Cir. 2023)."

Enclosed is a copy of the order incorporating the correction in print. Please note that the date the order is deemed to have been filed remains May 8, 2026.

Yours very truly,

Kelly L. Stephens, Clerk

Cathryn Lovely
Deputy Clerk

cc: Ms. Kinikia D. Essix

Enclosure