**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 17, 2026

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re: Case No. 25-1576, *Cornell Brown, Jr. v. MDOC, et al*
Originating Case No. 2:25-cv-11441

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Michelle
Direct Dial No. 513-564-7062

cc: Mr. Samuel Weiss

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 25-1576

---

Filed: August 17, 2026

CORNELL EUGENE BROWN, JR.

Plaintiff - Appellant

v.

MICHIGAN DEPARTMENT OF CORRECTIONS; CORRECTION OFFICER GLENN, MDOC; STATE OF MICHIGAN; JOHN DOES, Unknown Correctional Officers

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 05/08/2026 the mandate for this case hereby issues today.

COSTS: None